IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

LINDA TRAIL,                 )
                                )      Civil Action No. 7:18CV00645
      Plaintiff,      )
                                )
v.                         )      **ORDER OF DISMISSAL**
                                )
LT. KAYLA STULTZ,      )
                                )      By: Hon. Glen E. Conrad
      Defendants.     )      Senior United States District Judge

The court has before it the plaintiff's notice of dismissal in this case filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED without prejudice, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this _22 ᵈ_ day of February, 2019.

_____
Senior United States District Judge